**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6995

ELTON WILLIAMS,

Petitioner - Appellant,

v.

ERIC D. WILSON,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:11-cv-00488-RBS-LRL)

Submitted: October 17, 2013          Decided: October 21, 2013

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elton Williams, Appellant Pro Se. Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia; Michael Alan Rotker, U.S. DEPARTMENT OF JUSTICE, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elton Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Williams' 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Williams v. Wilson, No. 2:11-cv-00488-RBS-LRL (E.D. Va. filed May 6, 2013; entered May 7, 2013). We further deny Williams' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED